**1**

**KELLY-SPRINGFIELD TIRE COMPANY, v. Herbert W. BELL, as Trustee in Bankruptcy of H. J. Alperin, doing business as the Public Service Tire & Rubber Supply Company and the Lincoln Rubber Tire Company.**

(Circuit Court of Appeals, Sixth Circuit. January 12, 1926.)

No. 4560.

Appeal from the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Spear, Godfrey & Spear, of Cleveland, Ohio, for appellant.

Grossman & Grossman, of Cleveland, Ohio, for appellee.

PER CURIAM. Decree of the District Court affirmed, with costs.

---

**2**

**KINCAID MERCANTILE CO., Plaintiff in Error, v. WARNER SUGAR REFINING CO.**

(Circuit Court of Appeals, Eighth Circuit. December 4, 1925.)

No. 7256.

In Error to the District Court of the United States for the District of Minnesota.

H. G. Gearhart and Hubert H. d'Autremont, both of Duluth, Minn., for plaintiff in error.

George H. Spear and James E. Gardner, Jr., both of Duluth, Minn., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, per stipulation of parties.

---

**3**

**In the Matter of the Petition of W. F. KNEBELKAMP to Revise an Order of the District Court of the United States for the Western District of Kentucky in the Case of the NATIONAL MOTORS CORPORATION, Bankrupt.**

(Circuit Court of Appeals, Sixth Circuit. January 12, 1926.)

No. 4435.

Petition to Revise an Order of the District Court of the United States for the Western District of Kentucky; Charles H. Moorman, Judge.

Thos. A. Barker and W. W. Downing, both of Louisville, Ky., for petitioner.

D. A. Sachs, Jr., and Emile Steinfeld, both of Louisville, Ky., for respondent.

PER CURIAM. Decree of the District Court affirmed, with costs.

---

**4**

**In the Matter of KOLB CARTON COMPANY, Inc.**

(Circuit Court of Appeals, Second Circuit. March 10, 1926.)

No. 167.

For former opinion, see 9 F.(2d) 706.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Motion [to amend mandate] dated March 3, 1926, is granted, and upon the reissuance of mandate the same will specifically provide that an order be entered in the court below against James E. Smith and the Uncas Paper Board Company, directing the payment jointly and severally of the sum of $3,500 by said Smith and said Uncas Paper Board Company to Ernest Angell, trustee in bankruptcy of the estate of the Kolb Carton Company, Inc.

It appearing that the affairs and property of the Uncas Paper Board Company are in the care and custody of a receiver not appointed by the court below, and that said court and this court are without jurisdiction to order said receiver to pay any moneys to said trustee in bankruptcy, it is further directed that said reissued mandate shall provide that the order directing payment by the Uncas Paper Board Company shall, as against the receiver, be considered merely as a fixing of the amount due, and not as a direction that payment be made.

Application for payment must be made to the court that appointed the receiver.